UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>        Plaintiff,           )<br>)<br>        v.                )<br>)<br>ROBERT E. QUINN,         )<br>MICHAEL H. HOLLAND,    )<br>MOHAMMED A. SHARBAF,  )<br>)<br>        Defendants.       )<br>) | Criminal No. 05-018 (JDB) |

### NOTICE OF FILING

Defendants Robert E. Quinn ("Quinn") and Michael H. Holland ("Holland"), by and through counsel, hereby file Defendants' Opposition to the Government's Motion *in Limine* to Admit Rule 404(b) Evidence. You may view the image of this Opposition which was filed electronically today at Document Number 42.

Respectfully submitted,

| | |
|---|---|
| /s/<br>Richard E. Plymale<br>FROST BROWN TODD LLC<br>250 West Main Street<br>Suite 2700<br>Lexington, KY 40507-1749<br>Telephone: (859) 231-0000<br>Fax: (859) 231-0011<br>E-mail: rplymale@fbtlaw.com | /s/<br>Larry A. Mackey<br>BARNES & THORNBURG LLP<br>11 South Meridian Street<br>Indianapolis, Indiana 46204<br>Telephone: (317) 231-7236<br>Fax: (317) 231-7433<br>E-mail: lmackey@btlaw.com |

136674

| | |
|---|---|
| /s/ | /s/ |
| Robert M. Adler (Bar No. 62950) | Aitan Dror Goelman |
| Paul L. Knight (Bar No. 911594) | ZUCKERMAN SPAEDER LLP |
| O'CONNOR & HANNAN, L.L.P. | 1800 M Street, NW |
| 1666 K Street, NW | Washington, DC 20036 |
| Suite 500 | Telephone: (202) 778-1996 |
| Washington, DC 20006 | Fax: (202) 822-8106 |
| Telephone: (202) 887-1428 | E-mail: agoelman@zuckerman.com |
| Fax: (202) 887-6186 | |
| E-mail: radler@oconnorhannan.com | Attorneys for Robert E. Quinn |
| E-mail: pknight@oconnorhannan.com | |

Attorneys for Michael H. Holland

Dated: September 22, 2005

136674                                    2